UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHRISTIAN WITT,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner<br>Social Security Administration<br><br>    Defendant. | Case No.: 3:16-cv-01735-YY<br><br>ORDER AWARDING ATTORNEY<br>FEES PER 28 USC 2412(d) |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and in response to Plaintiff's motion, an attorney fee in the amount of $1,204.66 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 825 NE 20TH Ave., Suite 330, Portland OR 97232. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address stated above.

///

///

IT IS SO ORDERED: _____July 30,_____, 2018.

s/ Youlee Yim You
_____
United States Magistrate Judge

Proposed Order submitted:                      Date:   July 30, 2018

_____
George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Christian Witt